# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| KENNETH A. KRASNE COURT APPOINTED RECEIVER FOR LIFEGEAR, INC. | * * * * | CIVIL ACTION |
| VERSUS | * * | NO. 6:07-CV-1849 |
| LL FITNESS, INC, d/b/a MASSAGE KING | * * | JUDGE HAIK/MAG. METHVIN |

*********************************************************************

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, United Commercial Bank, through undersigned counsel, moves for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, upon suggesting to the Court that there is no genuine issue of material fact and mover is entitled to judgment as a matter of law.

The reasons for the motion are more fully explained in the Memorandum in Support of the Motion.

Respectfully submitted:

s/Ruhama Dankner
Ruhama Dankner #24107
5200 Laplaco Blvd
Ste 400
Marrero LA 70072
Tel 504-348-8524
Fax 504-348-8570