UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| KENNETH A. KRASNE<br>COURT APPOINTED RECEIVER FOR<br>LIFEGEAR, INC. | * <br> * <br> * <br> * | CIVIL ACTION |
| VERSUS | * <br> * | NO. 6:07-CV-1849 |
| LL FITNESS, INC, d/b/a<br>MASSAGE KING | * <br> * | JUDGE<br>HAIK/MAG. METHVIN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNDISPUTED MATERIAL FACTS

1. Lifegear, Inc.dba Eartgear Theraputic Innovations Co., dba LifeCare, dba Essence went into Receivership on May 3, 2007. (Ex. 1).

2. The defendant owes the plaintiff at least $100,000.00. (Ex. 2).

3. The defendant's allegation that it is entitled to reimbursement in the amount of $3786.32 cannot be substantiated (Ex. 3).

Respectfully submitted:

s/Ruhama Dankner
Ruhama Dankner #24107
5200 Laplaco Blvd
Ste 400
Marrero LA 70072
Tel 504-348-8524
Fax 504-348-8570