RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  9/17/08
           68

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| KENNETH A. KRASNE | * | CIVIL ACTION |
| COURT APPOINTED RECEIVER FOR | * | |
| LIFEGEAR, INC. | * | |
| | * | |
| VERSUS | * | NO. 6:07-CV-1849 |
| | * | |
| LL FITNESS, INC, d/b/a | * | |
| MASSAGE KING | * | JUDGE HAIK/MAG. METHVIN |

*********************************************************************

### ORDER

Considering the foregoing Joint Stipulation and by consent of the parities:

**IT IS ORDERED ADJUDGED AND DECREED** that the attached Joint Stipulation is adopted as the Judgment of this Court.

Signed on the 16th day of September, 2008, in Lafayette, Louisiana.

Honorable Richard T. Haik, Sr.
U.S. District Judge